Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; a national banking association; DOE individuals I through XX; and ROW CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:25-cv-00239-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

THIS STIPULATION is entered into by and between Plaintiff Airmotive Investments LLC ("Airmotive") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo", and together with Airmotive, the "Parties"), by and through undersigned counsel, to extend Wells Fargo's deadline to respond to Airmotive's Complaint from March 28, 2025 to April 18, 2025 based on the following:

1.    On January 9, 2025, Airmotive served Wells Fargo with the Summons and Complaint.

2.    On February 4, 2025, Wells Fargo timely removed the Complaint to this Court. [ECF No. 1.]

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

3.      Based on the date of removal, Wells Fargo's initial deadline to respond to the Complaint is February 11, 2025.

4.      On February 7, 2025, the Parties stipulated, and the Court ordered, an extended deadline for Wells Fargo to respond to the Complaint, up to and including March 28, 2025. [ECF No. 6, 7.]

5.      The Parties continue actively engaging in early resolution discussions.  To allow the Parties to reach a resolution that may fully resolve the litigation prior to incurring unnecessary legal fees, the Parties seek an additional extension of time for Wells Fargo to respond to the Complaint.

NOW THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1.      The Parties stipulate and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including **April 18, 2025**, to allow the Parties additional time to develop early resolution discussions prior to incurring unnecessary legal fees.

/ / /

/ / /

/ / /

/ / /

- 2 -

4921-9968-1319

2.    This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: March 11, 2025.                                Dated: March 11, 2025.

ROGER CROTEAU & ASSOC., LTD.        SNELL & WILMER L.L.P.

By: */s/ Timothy E. Rhoda*                          By: */s/ Jennifer B. Lustig*
Timothy E. Rhoda (NV Bar No. 7878)         Kelly H. Dove (NV Bar No. 10569)
2810 West Charleston Blvd.                          Jennifer B. Lustig (NV Bar No. 9110)
Suite 67                                                        1700 South Pavilion Center Drive
Las Vegas, Nevada 89102                           Suite 700
*Attorneys for Plaintiff Airmotive*                Las Vegas, Nevada 89135
*Investments, LLC*                                       *Attorneys for Defendant Wells Fargo*
                                                                    *Bank, N.A.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: <u>March 11, 2025</u>

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: */s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

4921-9968-1319